Case 2:12-cr-02086-TOR Document 57 Filed 01/29/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)　　Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2015

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Margarito Gaspar-Solorio | )<br>)<br>) Case No: 2:12-cr-02086-TOR-1<br>) USM No: 14518-085 |
| Date of Original Judgment: 04/23/2013<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Rebecca L. Pennell<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __108__ months **is reduced to** __87 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/23/2013__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/29/2015

*Thomas O. Rice*
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Thomas O. Rice, U.S. District Court Judge
*Printed name and title*